**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 08, 2026

Ms. Vicki R. Kinkade
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re: Case No. 25-5781
*SW Nashville EB Owner, LLC v. Metro Government of Nashville, et al*
Originating Case No. 3:24-cv-00710

Dear Ms. Kinkade,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Kelly Stephens
Appeal Case Manager: James

cc: Ms. Allison L. Bussell
Ms. Bridget Conlan
Mr. Robert Mark Donnell Jr.
Mr. Luke Ellis
Mr. Jonathan Houghton
Mr. Zev Kusin
Mr. W. Scott Sims
Mr. Peter Gregory Vizcarrondo
Mr. John Whitaker

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

No: 25-5781

---

Filed: September 08, 2026

SW NASHVILLE EB OWNER, LLC

Plaintiff - Appellant

v.

METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY, TN; LUCY KEMPF, Executive Director of the Metropolitan Nashville-Davidson County Planning Dept.

Defendants - Appellees

MANDATE

Pursuant to the court's disposition that was filed 08/14/2026 the mandate for this case hereby issues today.

COSTS: None