**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| SW NASHVILLE EB OWNER, LLC,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE AND LUCY KEMPF, EXECUTIVE DIRECTOR OF THE METROPOLITAN NASHVILLE-DAVIDSON COUNTY PLANNING DEPARTMENT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:24-cv-00710<br>Judge Trauger |

**O R D E R**

The Mandate has issued in this case (Doc. No. 56). The Sixth Circuit Court of Appeals reversed this court's dismissal of this action and remanded for this court to consider the defendant's arguments concerning the statute of limitations and qualified immunity not addressed in this court's earlier decision.

It is hereby ORDERED that the parties shall discuss whether further briefing is needed or desired on these issues or whether the court should simply rule, based upon the briefing of these issues on motion practice in 2024. They shall file a joint statement by September 25, 2026 that informs the court of their position(s). If, in the alternative, they wish to pursue discovery and have the case progress in the normal course, the court will set an initial case management conference.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge